b18
02/09

United States Bankruptcy Court
Southern District of California
Jacob Weinberger U.S. Courthouse
325 West F Street
San Diego, CA 92101−6991

Telephone: 619−557−5620
Website: www.casb.uscourts.gov
Hours: 9:00am−4:00pm Monday−Friday

**In re** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

**Roger S. Ramos**
 577 Canyon Dr.
Bonita, CA 91902−4209

Case number:  09−05633−LT7
Chapter:  7
Judge  Laura S. Taylor

Social Security No.:   xxx−xx−6665
*Debtor: No Known Aliases*

**Leticia Y. Ramos**
 577 Canyon Dr.
Bonita, CA 91902−4209

Social Security No.:   xxx−xx−4161
*Joint Debtor: No Known Aliases*

## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

Dated: 8/4/09

By order of the court:

Barry K. Lander
Clerk of the Bankruptcy Court

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

B18 (Official Form 18) (12/07) – Cont.

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

## Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

## Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

## Debts That are Not Discharged

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes;

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

# CERTIFICATE OF NOTICE

```
District/off: 0974-3          User: admin              Page 1 of 1                  Date Rcvd: Aug 05, 2009
Case: 09-05633                Form ID: b18             Total Noticed: 23

The following entities were noticed by first class mail on Aug 07, 2009.
db/jdb            Roger S. Ramos,   Leticia Y. Ramos,   577 Canyon Dr.,   Bonita, CA 91902-4209
aty             +Lawrence R. Fieselman,   Pacific Law Center,   3636 Nobel Drive,   Suite 475,
                  La Jolla, CA 92122-1064
tr              +Nancy Wolf,   P.O. Box 420448,   San Diego, CA 92142-0448
smg             +Div. of Labor Standards Enforcement,   7575 Metropolitan Drive, Suite 210,
                  San Diego, CA 92108-4424
smg             +Dun & Bradstreet,   Attn: Public Records, Maryanne Bachert,   899 Eaton Ave.,
                  Bethlehem, PA 18025-0025
smg             +Employment Develop. Dept., State of CA,   Bankruptcy Unit - MIC 92E,   P.O. Box 826880,
                  Sacramento, CA 94280-0001
smg             +State Board of Equalization,   P.O. Box 942879,   Sacramento, CA 94279-0001
11829548        +Bank Of America,   Pob 17054,   Wilmington, DE 19884-0001
11829551        +Countrywide Home Lending,   Attention: Bankruptcy SV-314B,   Po Box 5170,
                  Simi Valley, CA 93062-5170
11829555         No Island Fin Credit U,   2300 Boswell Rdrd,   Chula Vista, CA 91914
11829556        +Wells Fargo Card Ser,   Po Box 5058,   Portland, OR 97208-5058
The following entities were noticed by electronic transmission on Aug 05, 2009.
tr              +EDI: QNWOLF.COM Aug 05 2009 20:23:00      Nancy Wolf,   P.O. Box 420448,
                  San Diego, CA 92142-0448
smg              EDI: CALTAX.COM Aug 05 2009 20:28:00      Franchise Tax Board,   Attn: Bankruptcy,
                  P.O. Box 2952,   Sacramento, CA 95812-2952
smg              E-mail/Text: ustp.region15@usdoj.gov                            Office of the U.S. Trustee,
                  402 West Broadway, Ste. 600,   San Diego, CA 92101-8511
ust              E-mail/Text: ustp.region15@usdoj.gov                            United States Trustee,
                  Office of the U.S. Trustee,   402 West Broadway, Suite 600,   San Diego, CA 92101-8511
11829545        +EDI: BECKLEE.COM Aug 05 2009 20:23:00      American Express,   c/o Becket and Lee,   Po Box 3001,
                  Malvern, PA 19355-0701
11829548        +EDI: BANKAMER2.COM Aug 05 2009 20:28:00      Bank Of America,   Pob 17054,
                  Wilmington, DE 19884-0001
11829547        +EDI: BANKAMER.COM Aug 05 2009 20:23:00      Bank Of America,   Attn: Bankruptcy NC4-105-02-77,
                  Po Box 26012,   Greensboro, NC 27420-6012
11829546        +EDI: BANKAMER.COM Aug 05 2009 20:23:00      Bank Of America,   4161 Piedmont Pkwy,
                  Greensboro, NC 27410-8119
11829549         EDI: CAUT.COM Aug 05 2009 20:28:00      Chase,   P.O.Box 78067,   Phoenix, AZ 85062-8067
11829550        +EDI: CHASE.COM Aug 05 2009 20:28:00      Chase,   800 Brooksedge Blvd,
                  Westerville, OH 43081-2822
11829552        +EDI: DISCOVER.COM Aug 05 2009 20:28:00      Discover Fin Svcs Llc,   Po Box15316,
                  Wilmington, DE 19850-5316
11829553        +E-mail/Text: joeydeleon@downeysavings.com                            Downey Savings & Loan,
                  3501 Jamboree Rd,   Newport Beach, CA 92660-2980
11829554        +EDI: HFC.COM Aug 05 2009 20:23:00      HSBC / Costco,   Attention: Bankruptcy Dept,   Po Box 15522,
                  Wilmington, DE 19850-5522
11929858         EDI: RECOVERYCORP.COM Aug 05 2009 20:28:00      Recovery Management Systems Corporation,
                  25 S.E. 2nd Avenue, Suite 1120,   Miami, FL 33131-1605
11829556        +EDI: WFFC.COM Aug 05 2009 20:28:00      Wells Fargo Card Ser,   Po Box 5058,
                  Portland, OR 97208-5058
                                                                                              TOTAL: 15

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
ust              United States Trustee Office
                                                                                               TOTALS: 1, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 9):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Aug 07, 2009**                              **Signature:** _/s/ Joseph Speetjens_